Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Telephone:  702.784.5200
Facsimile:   702.784.5252

*Attorneys for Defendant WELLS FARGO BANK, N.A.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERUAH FERRIS, an individual, ALBERT FERRIS, an individual, <br><br>              Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK NA, a foreign corporation; FIDELITY NATIONAL DEFAULT SOLUTIONS, a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION,  a foreign corporation, and DOES 1-5, inclusive; and ROES I-V, inclusive, <br><br>              Defendants. | Case 2:09-cv-01204-KJD-RJJ <br><br> **NOTICE OF RELEASE OF LIS PENDENS** |

NOTICE IS HEREBY GIVEN that pursuant to the Order filed on April 7, 2010, the Lis Pendens recorded by Plaintiff on June 3, 2009 as instrument number 20090603-0005176 is hereby RELEASED IN FULL.

/ / /

/ / /

/ / /

11407083.1

A copy of the Release is attached hereto

Dated: April 13, 2010.

                                          SNELL & WILMER L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant WELLS FARGO BANK, N.A.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, a true and correct copy of the foregoing Notice of Release of Lis Pendens was served by the method indicated:

_____         U. S. Mail

_____         U.S. Certified Mail

XXXX           Electronic Service via CM/ECF

and addressed to the following:

James R. Stout, Esq.
Nevada Bar No. 8680
STOUT LAW FIRM
4560 South Decatur Blvd.
Suite 201
Las Vegas, NV 89104
Attorney for *Plaintiff*

DATED this 13th day of April, 2010.

_____
An employee of Snell & Wilmer L.L.P.

11407083.1

- 3 -

Inst #: 201004120001592
Fees: $16.00
N/C Fee: $0.00
04/12/2010 12:00:50 PM
Receipt #: 307625
Requestor:
SNELL & WILMER LLP
Recorded By: ANI   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 138-33-618-031

11 digit number may be obtained at:
http://sandgate.co.clark.nv.us/cicsAssessor/ownr.htm

~~RELEASE OF LIS PENDENS~~

ORDER

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

Recording requested by: Snell & Wilmer L.L.P.

Return to: Cynthia L. Alexander, Esq.

**Name** Snell & Wilmer L.L.P.

**Address** 3883 Howard Hughes Parkway, Suite 1100

**City/State/Zip** Las Vegas, NV 89169

This page added to provide additional information required by NRS 111.312 Sections 1-2
(An additional recording fee of $1.00 will apply.)

This cover page must be typed or printed clearly in black ink only.

CS12/03

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERUAH FERRIS, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 2:09-CV-01204-KJD-RJJ

**ORDER**

    On March 12, 2010, the Court granted Defendant Wells Fargo Bank's motion to dismiss the complaint, but granted Plaintiffs leave to amend the complaint. Plaintiffs' amended complaint was due no later than March 29, 2010. Though the time for doing so has passed, Plaintiffs have failed to file an amended complaint.

    Accordingly, IT IS HEREBY ORDERED that in accordance with the Court's Order (#23), Plaintiffs' complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted;

    IT IS FURTHER ORDERED that any *lis pendens* filed in conjunction with this action is hereby **CANCELED, DISCHARGED, and EXPUNGED**;

////

////

1   IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants
2  and against Plaintiffs.
3   DATED this 7th day of April 2010.

_____
Kent J. Dawson
United States District Judge